**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARL SALVI,  Plaintiff,  v.  ANDREW M. SAUL, Commissioner of Social Security,  Defendant. | NO. CV 18-5901-KS  JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: July 12, 2019

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE